UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>                v.<br><br>POWER MUSIC, INC., a Nevada corporation<br><br>                Defendant. | Case No. 2:15-cv-6889-MMM (AGR)<br><br>**[PROPOSED] ORDER DISMISSING THE ACTION AND ENTERING CONSENT PERMANENT INJUNCTION AGAINST DEFENDANT** |

Based on the parties' Stipulation for Entry of an Order Dismissing the Action and Entering Consent Permanent Injunction Against Defendant and the Court having found good cause to enter the consent permanent injunction based upon the agreement of the parties to resolve the instant action,

IT IS HEREBY ORDERED that all claims in the action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that defendant Power Music, Inc. ("PMI"), and each of its respective officers, agents, servants, employees, attorneys, successors and assigns, and all those acting in concert or participation with any such persons, are hereby permanently enjoined and restrained from:

1. Using, selling, attempting to sell, or offering for sale any product including the mark or designation GRAMMY®; and
2. Using the term GRAMMY® as a mark or designation for any of its music or albums.

DATED:

_____
Hon. Margaret M. Morrow
United States District Judge

2

[PROPOSED] ORDER DIMISSING THE ACTION AND ENTERING CONSENT PERMANENT INJUNCTION AGAINST DEFENDANT (Case No. 2:15-cv-6889-MMM (AGR))